UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Peter Campbell, et al.                          Plaintiff,                    10 __ cV _3177____ JSR

-against-

Thales, et al.                                   Defendant.
-------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

☒    I have cases pending                    ☐    I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s)
for: Paul S. Doherty, III

☒    Attorney

    ☒    I am a United States District Court, Southern District of New York
        attorney.  My SDNY Bar Number is: PD1173____; My State Bar Number is: 2813459

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒    Law Firm/Government Agency Association

    From: Hartmann Doherty & Rosa, LLC

    To: Hartmann Doherty Rosa Berman & Bulbulia, LLC

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

☒ Address:            65 Route 4 East, Suite 6,

                      River Edge, NJ 07661

☐ Telephone
   No.:

☐ Fax No.:

☒ E-Mail
  Address:    pdoherty@hdrbb.com

Dated: 7/29/10                        _____
                                      ATTORNEY'S SIGNATURE