UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER CAMPBELL and MICHAEL BERKLEY,

Plaintiffs,

v.

THALES FUND MANAGEMENT, LLC,
THALES FUND MANAGEMENT, LLC
DEFERRED COMPENSATION PLAN,
MAREK FLUDZINSKI, KEVIN ERSHOV and
MOLLY ROGERS,

Defendants.

---

CIVIL ACTION NO. 10 CIV 3177 (JSR)

**STIPULATION OF DISCONTINUANCE**

The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED:       New York, NY
             December 15, 2010

HARTMANN DOHERTY ROSA
BERMAN & BULBULIA LLC
Attorneys for Plaintiffs

By:_____
     Paul S. Doherty, III, Esq.
     110 Wall Street, 11th Floor
     New York, NY 10005
     (212) 344-4619

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
Attorneys for Defendants

By:_____
     Carl D. Le Sueur, Esq.
     900 Third Avenue
     New York, NY 10022
     (212) 508-6792

SO ORDERED:

By:_____
     Hon. Jed S. Rakoff, U.S.D.J.