**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PETER CAMPBELL and MICHAEL BERKLEY,

        Plaintiffs,

v.

THALES FUND MANAGEMENT, LLC,
THALES FUND MANAGEMENT, LLC
DEFERRED COMPENSATION PLAN,
MAREK FLUDZINSKI, KEVIN ERSHOV and
MOLLY ROGERS,

        Defendants.

CIVIL ACTION NO. 10 CIV 3177 (JSR)

**STIPULATION OF DISCONTINUANCE**



---

The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED:    New York, NY
               December 15, 2010

HARTMANN DOHERTY ROSA
BERMAN & BULBULIA LLC
Attorneys for Plaintiffs

By: _____
    Paul S. Doherty, III, Esq.
    10 Wall Street, 11th Floor
    New York, NY 10005
    (212) 344-4619

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
Attorneys for Defendants

By: _____
    Carl D. Le Sueur, Esq.
    900 Third Avenue
    New York, NY 10022
    (212) 508-6792

SO ORDERED:

By: _____
    Hon. Jed S. Rakoff, U.S.D.J.
    12-20-10